JANUARY 21, 1985*

No. 84–807. BOEHRINGER MANNHEIM DIAGNOSTICS, INC., FORMERLY KNOWN AS HYCEL, INC. v. PAN AMERICAN WORLD AIRWAYS, INC. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–846. KLEIN v. FLORIDA. Appeal from Cir. Ct. Fla., 12th Jud. Cir., Sarasota County, dismissed for want of substantial federal question.

No. 84–5481. VEGA v. NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 84–5875. NEAL v. AMERICAN TELEPHONE & TELEGRAPH Co.; and NEAL v. CITY OF HUNTSVILLE. Appeals from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these cases.†

No. A–485. CARELLA v. COOPER ET AL. C. A. 9th Cir. Application to recall and stay the mandate, addressed to JUSTICE WHITE and referred to the Court, denied.

No. D–458. IN RE DISBARMENT OF REY. Disbarment entered. [For earlier order herein, see ante, p. 915.]

No. D–472. IN RE DISBARMENT OF MILLER. It is ordered that Alan Manning Miller, of Garden City, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

*JUSTICE POWELL took no part in the consideration or decision of the orders announced on this date.

†See also note, immediately supra.